UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-331-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER GRANTING LEAVE |
| | ) | TO DISMISS |
| CRAIG AUSTIN LANG | ) | |

This matter comes now before the Court upon the United States's unopposed motion for leave of court to dismiss the charges in the Indictment against Defendant Craig Austin Lang in the above-captioned case. In the interest of justice and for the reasons stated in the United States's motion, the Court hereby GRANTS the motion. This charges against Defendant Lang only are hereby dismissed.

SO ORDERED.

This the 30th day of December, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge